NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0284

GAYLE LOUISE SCHULTZ, ETC.

VERSUS

WAVY H. DOYLE, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 190,758
HONORABLE GEORGE METOYER, JR., PRESIDING

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, Oswald A. Decuir, Jimmie C. Peters, and Billy H. Ezell, Judges.

Cooks, J., dissents and assigns written reasons .

REVERSED.

Mark C. Landry
Newman, Mathis, Brady, Wakefield & Spedale
212 Veterans Boulevard
Metairie, LA   70005
(504) 837-9040
Counsel for Plaintiff/Appellant:
Gayle Louise Schultz

Robert G. Nida
2011 MacArthur Drive
P.O. Box 6118
Alexandria, LA  71307-6118
(318) 445-6471
Counsel for Defendant/Appellee:
Era L. Doyle and Wavy H. Doyle, Jr.